UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF FLORIDA
PENSACOLA DIVISION

ADRIAN HORSTEAD,

     Plaintiff,

v.                              CASE NO.

WALTON COUNTY SCHOOL BOARD,

     Defendant.

_____/

## NOTICE OF REMOVAL

**TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION.**

Defendant, WALTON COUNTY SCHOOL BOARD ("Defendant") pursuant to 28 U.S.C. §§1331, 1332, 1343, 1367, 1441(a), 1446, and Local Rule 7.2, hereby gives this Notice of Removal of an action pending In The Circuit Court of the First Judicial Circuit, In and For, Walton County, Florida, and states:

### I.  Procedural Allegations:

1.    Plaintiff sued Defendant in the Circuit Court of the First Judicial Circuit, In and For, Walton County, Florida, Case Number: 2025-CA-560. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders filed in the state court proceeding are attached hereto as Exhibits "A" (Complaint), "B" (Summons Issued to Division of Risk Management), "C" (Summons Issued to Walton County School Board), "D" (Proof of Service

Division of Risk Management), "E" (Civil Case Management Order – General Track), "F" (Summons and Complaint Served on Walton County School Board), and "G" (Notice of Removal).

2. Plaintiff served Defendant on December 17, 2025. This Removal is timely filed under 28 U.S.C. §1446(b).

3. A copy of this Notice of Removal has been provided to Plaintiff and filed with the Clerk of the state trial court on this date.

## II. Federal Jurisdiction:

4. Plaintiff's Complaint consists of two counts - Count I-Race Discrimination, and Count II - Retaliation against Defendant brought under 42 U.S.C. § 2000e. This Court has subject matter jurisdiction over this claim based on federal question jurisdiction, 28 U.S.C. §1331.[1] The Court also has original jurisdiction over Plaintiff's federal civil rights claims under 28 U.S.C. § 1343(a).

5. Additionally, this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332, as Plaintiff's Complaint alleges that he is a resident of Alabama and has been a resident of Alabama at all times relevant to his Complaint.

WHEREFORE, Defendant WALTON COUNTY SCHOOL BOARD, requests that the claims asserted in the above referenced action be removed to this Court.

---

[1] Federal question jurisdiction exists in a civil matter when the "claim or right aris[es] under the Constitution, treaties or laws of the United States." 28 U.S.C. § 1441(b).

Respectfully submitted this 16day of January, 2026.

/s/ Holly A. Dincman



Holly A. Dincman, (FBN: 115614)
Heath Stokley, (FBN: 183644)
hdincman@coppinsmonroe.com
hstokley@coppinsmonroe.com
kflemming@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 ∣ Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT
WALTON COUNTY SCHOOL BOARD

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's transmission facilities on all persons appearing before this Court.

This document is also being served electronically this 16 day of January, 2026:

Marie A. Mattox, Esq.
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
*marie@mattoxlaw.com*
*marlene@mattoxlaw.com*
*michelle@mattoxlaw.com*

s/ Holly A. Dincman
Attorney

3